*Debe anularse el auto expedido.*

Juan B. Vergara, peticionario y apelante, *v.* Las Monjas Racing Corporation, querellada y apelada.

Núm. 9306.—*Sometido:* Abril 9, 1946. *Resuelto:* Abril 22, 1946.

*Diego O. Marrero,* abogado del apelante; *Gabriel de la Haba,* abogado de la apelada.

El Juez Asociado Señor Todd, Jr., emitió la opinión del tribunal.

Juan B. Vergara fué nombrado por la Comisión Hípica Insular, Juez Auxiliar de Salidas de los hipódromos ₋de Puerto Rico. Por haber dejado de prestar servicios el Juez de Salidas de la corporación demandada, nombrado también por la Comisión Hípica pero a propuesta de la corporación siendo su sueldo pagado por ésta, [1] el apelante actuó como

---

. [1] El artículo 6 de la Ley Hípica de Puerto Rico (Estatutos Revisados y Códigos de Puerto Rico de 1941, pág. 492) dispone, en parte que "el nombramiento para el cargo de Juez de Salidas se hará (por la Comisión) a propuesta de la persona natural o jurídica explotadora del hipódromo para el cual haya de nombrarse y su sueldo será fijado por la Comisión Hípica Insular y pagado por dicha persona natural o jurídica explotadora del hipódromo en que actúe dicho funcionario." (Materia entre paréntesis nuestra.)

Juez de Salidas en las carreras celebradas el 15 de agosto de 1945. Alegando que la corporación demandada se había negado a pagarle la suma de $61.18 importe de los emolumentos por los servicios prestados solicitó de la corte inferior dictara un auto de *mandamus* ordenando se le pagara dicha suma y de la sentencia desestimando su petición interpuso el presente recurso.

El artículo 121 del Reglamento de la Comisión Hípica, que es el que crea el cargo de Juez Auxiliar de Salidas, dispone que, entre otras, tendrá la obligación de "sustituir al Juez de Salidas en los casos de ausencia o enfermedad." El sueldo del Juez Auxiliar es pagado por la Comisión Hípica y en su nombramiento no interviene la corporación demandada.

Nada hay en la Ley Hípica o su Reglamento que imponga a la corporación demandada el deber de pagar al apelante el sueldo que corresponde al Juez de Salidas por haber actuado en sustitución de éste. El apelante sólo cumplió con uno de los deberes de su cargo, a saber, sustituir al Juez de Salidas en un caso de ausencia. Esa sustitución no impuso a la corporación demandada el deber de pagarle el sueldo fijado al Juez de Salidas.

*Debe confirmarse la sentencia apelada.*